**Gary Shuster, CA SBN 162379**
gary@shuster.com
UTHERVERSE DIGITAL, INC. LEGAL DEPT.
102-80A 6th St.
New Westminster, BC V3L 5B3
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

Attorneys for Plaintiff
UTHERVERSE DIGITAL, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UTHERVERSE DIGITAL, INC.,** | Case No. _____ |
| Plaintiff, | **CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP** |
| v. | |
| **UBISOFT, INC.; and UBISOFT ENTERTAINMENT SA,** | (Civil L.R. 3-15) |
| Defendants. | |

Pursuant to Civil Local Rule 3-15, the undersigned counsel of record for Plaintiff Utherverse Digital, Inc. certifies as follows:

1. Conflicts. The undersigned is not aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to this litigation.

2. Interested Entities or Persons. Other than the named parties, the undersigned is not aware of any person, association of persons, firm, partnership, corporation (including, but not limited to, any parent corporation), or other entity that has (i) a financial interest of any kind in the subject matter in controversy or in a party to this proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of this proceeding. No individual or entity (other than a party or its counsel of record) is providing funding for this litigation.

3. Citizenship. The Court's jurisdiction is based on a federal question under 28 U.S.C. §§ 1331 and 1338(a), and not on diversity of citizenship under 28 U.S.C. § 1332(a); accordingly, no statement of citizenship under Civil L.R. 3-15(b)(3) is required.

The undersigned will promptly file a supplemental certification if any of the foregoing information changes.

DATED: June 18, 2026

Respectfully submitted,

**/s/ Gary Shuster**
**Gary Shuster, CA SBN 162379**
UTHERVERSE DIGITAL, INC. LEGAL DEPT.
102-80A 6th St.
New Westminster, BC V3L 5B3, Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222
gary@shuster.com

Attorneys for Plaintiff
UTHERVERSE DIGITAL, INC.