**Gary Shuster, CA SBN 162379**
gary@shuster.com
UTHERVERSE DIGITAL, INC. LEGAL DEPT.
102-80A 6th St.
New Westminster, BC V3L 5B3
Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222

Attorneys for Plaintiff
UTHERVERSE DIGITAL, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UTHERVERSE DIGITAL, INC.,** | Case No. _____ |
| Plaintiff, | **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |
| v. | (Fed. R. Civ. P. 7.1) |
| **UBISOFT, INC.; and UBISOFT ENTERTAINMENT SA,** | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Plaintiff Utherverse Digital, Inc. certifies that Utherverse Digital, Inc. has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

The undersigned will promptly file an amended statement upon any change in this information.

DATED: June 18, 2026

Respectfully submitted,

**/s/ Gary Shuster**
**Gary Shuster, CA SBN 162379**
UTHERVERSE DIGITAL, INC. LEGAL DEPT.
102-80A 6th St.
New Westminster, BC V3L 5B3, Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222
gary@shuster.com

Attorneys for Plaintiff
UTHERVERSE DIGITAL, INC.