**Gary Shuster, CA SBN 162379**
1228 Marinaside Crescent, Ste Unit 2301
Vancouver, British Columbia V6Z 2W4, Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222
Email: gary@shuster.com

Attorneys for Plaintiff
UTHERVERSE DIGITAL, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UTHERVERSE DIGITAL, INC.,** | Case No. 3:26-cv-06098-PHK |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | Magistrate Judge Peter H. Kang |
| **UBISOFT, INC.; and UBISOFT ENTERTAINMENT SA,** | |
| Defendants. | |

PLEASE TAKE NOTICE that Gary Shuster, counsel of record for Plaintiff Utherverse Digital, Inc., has changed his address of record. Effective immediately, all pleadings, orders, correspondence, and other papers in this action should be directed to counsel at the following address:

> Gary Shuster
> 1228 Marinaside Crescent, Ste Unit 2301
> Vancouver, British Columbia V6Z 2W4, Canada

Counsel's telephone number ((604) 417-5002), facsimile number ((559) 272-2222), and email address (gary@shuster.com) remain unchanged. This change of address conforms counsel's address of record to the information on file in the Court's CM/ECF system. Counsel respectfully requests that the Clerk and all parties update their records accordingly.

DATED: June 29, 2026

Respectfully submitted,

**/s/ Gary Shuster**
**Gary Shuster, CA SBN 162379**
1228 Marinaside Crescent, Ste Unit 2301
Vancouver, British Columbia V6Z 2W4, Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222
gary@shuster.com

Attorneys for Plaintiff
UTHERVERSE DIGITAL, INC.