**Gary Shuster, CA SBN 162379**
1228 Marinaside Crescent, Ste Unit 2301
Vancouver, British Columbia V6Z 2W4, Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222
Email: gary@shuster.com

Attorneys for Plaintiff
UTHERVERSE DIGITAL, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UTHERVERSE DIGITAL, INC.,** | Case No. 3:26-cv-06098-PHK |
| Plaintiff, | **PLAINTIFF'S REQUEST TO CORRECT TRANSMITTAL OF THE AO 120 PATENT REPORT (DKT. 4) TO THE U.S. PATENT AND TRADEMARK OFFICE** |
| v. | |
| **UBISOFT, INC.; and UBISOFT ENTERTAINMENT SA,** | |
| Defendants. | Magistrate Judge Peter H. Kang |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Plaintiff Utherverse Digital, Inc. respectfully requests that the Clerk correct the transmittal of the Report on the Filing or Determination of an Action Regarding a Patent (Form AO 120) in this action, and in support states as follows:

1. This is an action for patent infringement. The Complaint asserts only United States patents—U.S. Patent No. 10,528,129 and U.S. Patent No. 9,977,495—and asserts no claim arising under the Copyright Act.

2. On June 18, 2026, Plaintiff filed the Report on the Filing or Determination of an Action Regarding a Patent or Trademark (Form AO 120) as Docket No. 4, identifying U.S. Patent Nos. 10,528,129 and 9,977,495.

3. The docket reflects a remark entered June 23, 2026 stating: "Report 4 emailed to Copyright Office."

4. Under 35 U.S.C. § 290, the clerk of the court must, within one month after a patent action is filed, give written notice thereof to the Director of the United States Patent and Trademark Office. Form AO 120 is the form prescribed for that purpose and is addressed on its face to the "Director of

the U.S. Patent and Trademark Office, Mail Stop 8, P.O. Box 1450, Alexandria, VA 22313-1450."

5.      By contrast, the Register of Copyrights (U.S. Copyright Office) is notified only of actions arising under the Copyright Act, pursuant to 17 U.S.C. § 508 and 37 C.F.R. § 205.15, using the separate Form AO 121. The U.S. Copyright Office does not maintain records of patent actions. Because this action asserts only patents and no copyright, the transmittal of the AO 120 to the Copyright Office appears to have been inadvertent.

6.      Plaintiff therefore respectfully requests that the Clerk transmit the Report (Form AO 120, Dkt. 4) to the Director of the United States Patent and Trademark Office—by email to notice_of_suit@uspto.gov and/or by mail to Mail Stop 8, Director of the U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450—and correct the docket annotation to reflect transmittal to the United States Patent and Trademark Office.

DATED: June 29, 2026

Respectfully submitted,

**/s/ Gary Shuster**
**Gary Shuster, CA SBN 162379**
1228 Marinaside Crescent, Ste Unit 2301
Vancouver, British Columbia V6Z 2W4, Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222
gary@shuster.com

Attorneys for Plaintiff
UTHERVERSE DIGITAL, INC.