**Gary Shuster, CA SBN 162379**
1228 Marinaside Crescent, Ste Unit 2301
Vancouver, British Columbia V6Z 2W4, Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222
Email: gary@shuster.com

Attorneys for Plaintiff
UTHERVERSE DIGITAL, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UTHERVERSE DIGITAL, INC.,** | Case No. 3:26-cv-06098-PHK |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT** |
| v. | **TO A UNITED STATES DISTRICT JUDGE** |
| **UBISOFT, INC.; and UBISOFT ENTERTAINMENT SA,** | |
| Defendants. | Magistrate Judge Peter H. Kang |

Pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, Plaintiff Utherverse Digital, Inc., the undersigned party in the above-captioned action, hereby DECLINES to consent to the assignment of this case to a United States Magistrate Judge for all purposes, including trial and the entry of final judgment.

Plaintiff respectfully REQUESTS that this action be reassigned to a United States District Judge.

DATED: June 29, 2026

Respectfully submitted,

**/s/ Gary Shuster**
**Gary Shuster, CA SBN 162379**
1228 Marinaside Crescent, Ste Unit 2301
Vancouver, British Columbia V6Z 2W4, Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222
gary@shuster.com

Attorneys for Plaintiff
UTHERVERSE DIGITAL, INC.