ERISE IP, P.A.
Eric A. Buresh (*pro hac vice forthcoming*)
eric.buresh@eriseip.com
Michelle L. Marriott (*pro hac vice forthcoming*)
michelle.marriott@eriseip.com
Chris R. Schmidt (CSB 298761)
chris.schmidt@eriseip.com
7015 College Blvd., Suite 700
Overland Park, KS 66211

*Attorneys for Defendants*
*Ubisoft, Inc. and Ubisoft Entertainment SA*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND**
**~~SAN FRANCISCO~~ DIVISION**

| | |
|---|---|
| UTHERVERSE DIGITAL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>UBISOFT, INC. and UBISOFT ENTERTAINMENT SA,<br><br>Defendants. | Case No.: 3:26-cv-06098 (AMO)<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER AS MODIFIED TO EXTEND DEADLINE TO FILE ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT** |

Defendants Ubisoft, Inc. and Ubisoft Entertainment SA's (collectively, "the Ubisoft Defendants") deadline to respond to the Complaint is August 19, 2026. Plaintiff Utherverse Digital, Inc. ("Utherverse") and the Ubisoft hereby stipulate to extend the time for Ubisoft to respond to the Complaint (ECF No. 1) by 90 days, to November 17, 2026.

August 14, 2026

Respectfully Submitted,

By: */s/ Chris R. Schmidt*

ERISE IP, P.A.
Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Michelle L. Marriott (*pro hac vice*)
michelle.marriott@eriseip.com
Chris R. Schmidt (CSB 298761)
chris.schmidt@eriseip.com

***Attorneys for Defendants Ubisoft, Inc. and Ubisoft Entertainment SA***

By: */s/ Gary Shuster*

UTHERVERSE DIGITAL, INC. LEGAL DEPARTMENT
Gary Shuster (CSB 162379)
102-80(A) 6th St.
New Westminster, BC V3L 5B3, Canada

***Attorney for Plaintiff Utherverse Digital, Inc.***

## ORDER

IT IS HEREBY ORDERED this 17th day of August, 2026, that, pursuant to the parties' stipulation, Defendants' deadline to file their answer, move, or otherwise respond to the Complaint is extended to November 17, 2026.

The case management conference is continued to Thursday, December 10, 2026 at 10:00 AM in Courtroom 5, 2nd Floor - Oakland. The case management statement shall be due no later than Monday, November 30, 2026 by noon.

The pro hac vice applications of Attorneys Buresh and Marriott, who appear on the caption of the stipulation and indicate those applications are forthcoming, are due by no later than September 4, 2026. See Civil L.R. 11-3.



The Honorable Araceli Martínez-Olguín
United States District Court Judge