Gary Shuster (CSB 162379)
gary@shuster.com
1228 Marinaside Crescent, Ste Unit 2301
Vancouver, British Columbia V6Z 2W4, Canada

*Attorney for Plaintiff*
*Utherverse Digital, Inc.*

ERISE IP, P.A.
Eric A. Buresh
eric.buresh@eriseip.com
Michelle L. Marriott
michelle.marriott@eriseip.com
Chris R. Schmidt (CSB 298761)
chris.schmidt@eriseip.com
7015 College Blvd., Suite 700
Overland Park, KS 66211

*Attorneys for Defendants*
*Ubisoft, Inc. and Ubisoft Entertainment SA*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

UTHERVERSE DIGITAL, INC.,

Plaintiff,

vs.

UBISOFT, INC. and UBISOFT ENTERTAINMENT SA,

Defendants.

Case No.: 4:26-cv-06098-AMO

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Ubisoft, Inc. and Ubisoft Entertainment SA's (collectively, "the Ubisoft Defendants") deadline to respond to the Complaint is November 17, 2026. Plaintiff Utherverse Digital, Inc. ("Utherverse") and the Ubisoft Defendants hereby stipulate to extend the time for Ubisoft to respond to the Complaint (ECF No. 1) by 30 days, to December 17, 2026, and respectfully request that the Case Management Conference be continued. The Parties have reached an agreement in principle to resolve the case, and request the additional time to formalize the case resolution and appropriate paperwork to dismiss the case.

November 11, 2026

Respectfully Submitted,

By: *<u>/s/ Michelle L. Marriott</u>*

ERISE IP, P.A.
Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Michelle L. Marriott (*pro hac vice*)
michelle.marriott@eriseip.com
Chris R. Schmidt (CSB 298761)
chris.schmidt@eriseip.com

***Attorneys for Defendants Ubisoft, Inc. and Ubisoft Entertainment SA***

By: *<u>/s/ Gary Shuster</u>*

Gary Shuster (CSB 162379)
gary@shuster.com
1228 Marinaside Crescent, Ste Unit 2301
Vancouver, British Columbia V6Z 2W4, Canada

***Attorney for Plaintiff Utherverse Digital, Inc.***

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that each of the other signatories has concurred in the filing of this document.

/s/ Gary Shuster

Gary Shuster

**ORDER**

IT IS HEREBY ORDERED this ____ day of _______, 2026, that, pursuant to the parties' stipulation, Defendants' deadline to file their answer, move, or otherwise respond to the Complaint is extended to December 17, 2026.

The case management conference is continued to __________________ at ______________ in Courtroom 5, 2nd Floor – Oakland. The case management statement shall be due no later than _______________________.

_________________________________________

The Honorable Araceli Martinez-Olguin
United States District Court Judge