**Gary Shuster, CA SBN 162379**
1228 Marinaside Crescent, Ste Unit 2301
Vancouver, British Columbia V6Z 2W4, Canada
Telephone: (604) 417-5002
Facsimile: (559) 272-2222
Email: gary@shuster.com

Attorneys for Plaintiff
UTHERVERSE DIGITAL, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **UTHERVERSE DIGITAL, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**UBISOFT, INC.; and UBISOFT ENTERTAINMENT SA,**<br><br>Defendants. | Case No. 4:26-cv-06098-AMO<br><br>**DECLARATION OF GARY SHUSTER UNDER CIVIL L.R. 6-2 IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Araceli Martínez-Olguín |

I, Gary Shuster, declare:

1. I am an attorney admitted to practice before this Court and counsel of record for Plaintiff Utherverse Digital, Inc. I submit this declaration under Civil Local Rule 6-2(a) in support of the parties' Stipulation and [Proposed] Order to Extend Deadline to File Answer, Move, or Otherwise Respond to Complaint. I have personal knowledge of the facts stated here and, if called as a witness, could and would testify competently to them.

2. Reasons for the requested change (Civil L.R. 6-2(a)(1)). The parties have reached an agreement in principle to resolve this action and are finalizing a written settlement agreement. When that agreement has been executed and performed, the parties intend to file a stipulation dismissing the action. The requested thirty-day extension of Defendants' deadline to respond to the Complaint, from November 17, 2026 to December 17, 2026, will allow the parties to complete that process without motion practice on the Complaint. Continuing the case management conference will avoid the preparation of a joint case management statement in an action the parties expect to dismiss.

3. Previous time modifications (Civil L.R. 6-2(a)(2)). On June 30, 2026, when this action was reassigned to Judge Martínez-Olguín, the previously scheduled conference dates were vacated and the Initial Case Management Conference was set for September 24, 2026 (ECF Nos. 15,

16). On August 17, 2026, the Court granted as modified the parties' stipulation (ECF No. 17), extending Defendants' deadline to respond to the Complaint by ninety days, from August 19, 2026 to November 17, 2026, and continuing the Initial Case Management Conference to December 10, 2026, with the joint case management statement due November 30, 2026 (ECF No. 18). There have been no other time modifications in this action.

4. Effect on the schedule (Civil L.R. 6-2(a)(3)). The stipulation moves Defendants' response deadline from November 17, 2026 to December 17, 2026, and asks the Court to continue the December 10, 2026 Initial Case Management Conference, and the November 30, 2026 deadline for the joint case management statement, to dates convenient to the Court after December 17, 2026. Deadlines under the Patent Local Rules that run from the Initial Case Management Conference, such as Patent L.R. 3-1, would move accordingly. No trial date or other case deadline has been set.

5. Timing. Section B of the Court's Civil Standing Order provides that a request to extend a deadline set by the Court be filed at least seven days before the deadline. This stipulation is filed on November 11, 2026, six days before the November 17, 2026 deadline. The parties had hoped to complete the settlement before November 17; Defendants' counsel circulated the draft stipulation on November 10, 2026, and the parties are filing it at the earliest opportunity. Plaintiff's counsel regrets the one-day shortfall and respectfully asks the Court to consider the stipulation.

6. As lead trial counsel for Plaintiff, I have personally verified the accuracy of this declaration and of the accompanying stipulation and proposed order, including any content prepared with the assistance of generative artificial-intelligence tools, as required by Section H.4 of the Court's Civil Standing Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 11, 2026, at Vancouver, British Columbia, Canada.

**/s/ Gary Shuster**
Gary Shuster