Gary Shuster (California Bar No. 162379)
1228 Marinaside Crescent, Ste Unit 2301
Vancouver, British Columbia V6Z 2W4, Canada
Telephone: (604) 417-5002
Email: gary@shuster.com
Attorney for Plaintiff Utherverse Digital, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UTHERVERSE DIGITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UBISOFT, INC.; and UBISOFT ENTERTAINMENT SA,<br><br>Defendants. | **Case No. 4:26-cv-06098-AMO**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**Judge Araceli Martínez-Olguín** |

Plaintiff Utherverse Digital, Inc. and Defendants Ubisoft, Inc. and Ubisoft Entertainment SA, through their respective counsel, stipulate as follows:

1. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice in its entirety as to all Parties and all claims asserted in this action.

2. Each Party shall bear its own attorneys' fees, expenses, and costs of this action and its settlement.

3. This stipulation is effective upon filing and is not conditioned on entry of an order. The Parties request closure of the case and termination of all remaining deadlines and hearings, including the December 17, 2026 response deadline, January 18, 2027 case-management statement deadline, and January 28, 2027 case-management conference.

**Signatures and Certifications**

By signing below, each undersigned lead counsel certifies under Section H.4 of the Court's Civil Standing Order that the signatory has personally verified the accuracy of this submission, including the accompanying proposed order.

By: /s/ Gary Shuster Dated: November 25, 2026

Gary Shuster (California Bar No. 162379)
Attorney for Plaintiff Utherverse Digital, Inc.

By: /s/ Michelle L. Marriott Dated: November 25, 2026

Michelle L. Marriott (admitted pro hac vice)
ERISE IP, P.A.
7015 College Blvd., Suite 700, Overland Park, KS 66211
Telephone: (913) 777-5600 | michelle.marriott@eriseip.com
Eric A. Buresh (admitted pro hac vice) | eric.buresh@eriseip.com
Chris R. Schmidt (California Bar No. 298761) | chris.schmidt@eriseip.com
Attorneys for Defendants Ubisoft, Inc. and Ubisoft Entertainment SA

**Filer Attestation**

Pursuant to Civil L.R. 5-1(i)(3), I, Gary Shuster, attest that each other signatory has concurred in the filing of this document.

By: /s/ Gary Shuster Dated: November 25, 2026

Gary Shuster
Attorney for Plaintiff Utherverse Digital, Inc.