Gary Shuster (California Bar No. 162379)
1228 Marinaside Crescent, Ste Unit 2301
Vancouver, British Columbia V6Z 2W4, Canada
Telephone: (604) 417-5002
Email: gary@shuster.com
Attorney for Plaintiff Utherverse Digital, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UTHERVERSE DIGITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UBISOFT, INC.; and UBISOFT ENTERTAINMENT SA,<br><br>Defendants. | **Case No. 4:26-cv-06098-AMO**<br><br>**[PROPOSED] ORDER ACKNOWLEDGING DISMISSAL AND CLOSING CASE**<br><br>**Judge Araceli Martínez-Olguín** |

The Parties have filed a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court acknowledges that this action is dismissed with prejudice in its entirety, with each Party bearing its own attorneys' fees, expenses, and costs.

All remaining deadlines and hearings are vacated, including the December 17, 2026 response deadline, January 18, 2027 case-management statement deadline, and January 28, 2027 case-management conference. Any pending motions are terminated as moot. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: ________________

______________________________

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge